Jeffrey KENT, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 14, 2015

Supreme Court of Delaware.

Submitted: January 20, 2016

Decided: March 11, 2016

AFFIRMED.

Corey HOLMES, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 438, 2015

Supreme Court of Delaware.

Submitted: February 17, 2016

Decided: March 14, 2016

AFFIRMED.